## STATEMENT OF FACTS

The National Center for Missing and Exploited Children ("NCMEC") is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a CyberTipline and Child Victim Identification program. Through the Cyber Tipline, Internet Service Providers (ISP), Electronic Service Providers (ESP), and individual persons may notify NCMEC of online child sexual abuse images. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement agencies.

On January 16, 2024, and January 17, 2024, Google LLC reported to NCMEC that the Google accounts kharimckoy@gmail.com and kharimckoy2@gmail.com had uploaded one thousand and eight (1008) files of suspected child sexual abuse material (CSAM) to their Google Photos and Google Drive. Google indicated that an employee had reviewed the files in the following ways:

   a. A Google employee had reviewed the entire contents of the suspected CSAM file.

   b. A Google employee had viewed the suspected CSAM file to the extent necessary to confirm it contained apparent child pornography concurrently to or immediately preceding forwarding the information to NCMEC.

   c. A Google employee had not reviewed the files concurrently to making the report, historically a person had reviewed a file whose hash (or digital

fingerprint) matched the hash of the reported image and determined it contained apparent child pornography."

This information was memorialized in NCMEC Cybertip #184639452 (January 16, 2024) and NCMEC Cybertip #184748684 (January 17, 2024).

Google advised NCMEC that the identified Google account's subscriber provided a name of "Benjamin Gomez" and a date of birth of 09-15-1996. The user had last accessed the identified Google Accounts from an internet protocol (IP) address of 71.178.216.159 on January 14, 2024, at 05:56 Universal Coordinated Time (UTC) which generally resolved to a Verizon account in Washington, D.C. area.

On January 16, 2024, your affiant, a member of the Federal Bureau of Investigation (FBI) and Metropolitan Police Department's (MPD) Child Exploitation and Human Trafficking Task Force (CEHTTF) was assigned this investigation.

Your affiant reviewed the files provided by Google to NCMEC which had been located within the Google Photos and Google Drive infrastructure of the accounts on January 16, 2024, and January 17, 2024. Your affiant found that most of the files reported were videos that depicted prepubescent boys engaged in sexual acts, sexual contacts, masturbation, and/or lewd and lascivious displays of their genitals with other prepubescent boys, pubescent boys, and/or adult males. The followings files had been reviewed by a Google employee in their entirety prior to submission to NCMEC or to the extent necessary to determine they were apparent child pornography:

    a. **1c19d15e-30e6-49f3-a077-6d73c28d82b0.jpg:** This file is an image file uploaded to the identified Google accounts on February 14, 2018, which shows a naked prepubescent boy sitting on a sofa with another prepubescent boy

sitting on his lap having his anus penetrated by the boy who is sitting on the sofa's erect penis.  The boys genitals are both exposed to the camera.

    **b. 2010[MB]8yo Domenic with me (encuerate chupala) best.3gp:** This file is a video file uploaded to the identified Google accounts on November 18, 2018 which starts with a title card of "My Domenic 8yo with me" followed by a prepubescent boy undressing to expose his genitals and eventually having his mouth penetrated by an adult male's penis.

    **c. VID-20141207-WA0013.mp4:** This file is a video file uploaded to the identified Google Accounts on August 16, 2018, and shows a completely nude prepubescent boy laying in a bed.  The boy is observed exposing his anus and genitals to the camera then rubbing his own penis with his fingers and hand.

Your affiant found the following file which had been reviewed by a person at Google to the extent necessary to confirm it contained child pornography was uploaded by the identified accounts on January 14, 2024, at 05:42 UTC from the IP address of 71.178.216.159:  **09ce610b-fc0f-4591-a4de-5dacb58dc1c0_al1pnazyttal2h68zxp4wq.mp4:** This file is a video that displays a prepubescent male that appears completely naked grasping an adult male's erect penis with his hand.  The adult male's erect penis then penetrates the prepubescent boy's mouth during the video.

    On January 24, 2024, an administrative subpoena was issued by a member of the CEHTTF for subscriber information and IP logs for kharimckoy@gmail.com and kharmckoy2@gmail.com.  Your affiant also requested that an administrative subpoena be

issued for the subscriber information regarding the Verizon IP of 71.178.216.159 which had been used to access and upload a CSAM file to the identified Google accounts and for the Verizon IP of 2600:4040:295c:9000:bd27:8ed8:286f:688d which had been used to access one of the identified Google accounts on November 9, 2023.

On February 5, 2024, your affiant was provided with the Google records for kharimckoy@gmail.com. Google advised that the account was created with a name of "Khari," a recovery email of kharimckoy@hotmail.com, a recovery phone number of 301-466-6547, billing information for "Khari McKoy," and indicated the account was created on December 22, 2006.

On February 5, 2024, your affiant was provided with the Google records for kharimckoy2@gmail.com. Google advised that the account was created with a name of "Benjamin Gomez," a recovery email of kharimckoy@gmail.com, a recovery phone number of 240-607-3970, Discover Card billing information for "Khari McKoy," and indicated the account was created on June 24, 2013.

On February 5, 2024, your affiant requested that an administrative subpoena be issued by a member of the CEHTTF for the cellular phone number 301-466-6547 which was found to be registered to Verizon and publicly listed to "Khari McKoy."

On February 8, 2024, your affiant was provided with the requested information from Verizon which indicated that 301-466-6547's subscriber is "Khari McKoy" of 911 Castlewood Drive in Upper Marlboro, Maryland 20774.

On February 22, 2024, your affiant was provided with the requested information from Verizon regarding the IP address of 71.178.216.159 which indicated that the subscriber is "Khari McKoy" of 61 R Street #2 in Northwest, Washington, D.C. 20001.

The telephone number 301-466-6547 and an email of kharimckoy@gmail.com were linked to the account which has been active since May 21, 2022.

On February 22, 2024, your affiant was also provided with the requested information from Verizon regarding the IP address of 2600:4040:295c:9000:bd27:8ed8:286f:688d which indicated that the subscriber is "Khari McKoy" of 61 R Street #2 in Northwest, Washington, D.C. 20001.  The telephone number of 301-466-6547 and an email address of kharimckoy@gmail.com were linked to the account which has been active since May 21, 2022.

Your affiant has conducted a search of commercial, open source, and law enforcement databases and determined that Khari McKoy with a date of birth of 08-01-1996 (Herein: MCKOY) had been linked via a commercial database to the email address of kharimckoy@gmail.com.  Additionally, your affiant found that MCKOY had also been associated with billing address linked to 301-466-6547.  Your affiant also located a Maryland Driver's License for MCKOY which expires on August 1, 2024, that listed his home address of 10412 Cleary Lane, Bowie, Maryland.

On March 13, 2024, your affiant presented an affidavit in support of a search warrant for Kharimckoy@gmail.com and Kharimckoy2@gmail.com to United States District Court of the District of Columbia (USDC DC) Magistrate Judge Moxila Upadhyaya.  Magistrate Judge Upadhyaya reviewed the affidavit and authorized the search of the account by law enforcement (24-SW-65).

On July 15, 2024, your affiant was provided with a portion of the requested production from Google regarding Kharimckoy@gmail.com and Kharimckoy2@gmail.com which included photos and videos stored within the accounts.

Your affiant reviewed the contents of the accounts and located CSAM within the Google Photos of Kharimckoy2@gmail.com.  Specifically, the following files were located within the Google Photos file structure:"

    a. **d49a0d76-b87e-4039-b4d8-ce7-1ejrqbskiyl8i:**  This file is a video which is approximately one minute and eighteen seconds long that shows a nude prepubescent boy laying on his back on a piece of furniture while an adult male manipulates his penis with his hand. The adult male penetrates his mouth with the child's penis and rubs the child's penis on his tongue.

    b. **tumblr_peqyl1rovl1x4816g-1e6l7nbnpbfdu.mp4:**  This file is a video which is approximately one minute and seventeen seconds long that shows two prepubescent boys recording a video of themselves.  One of the boys is observed wearing underwear and removes his penis to masturbate while the other child watches.  The second child then penetrates his mouth with the penis of the other boy.  One of the boys is heard saying, "He's my brother."

Your affiant also located fifteen photographs within the Google Photos of Kharimckoy2@gmail.com that had meta data which provided latitude and longitude that resolved to the area of the 10000 block of Cleary Lane in Bowie, Maryland, creation dates which indicated the images were produced in the summer of 2016 and spring of 2017 and indicated that the images were taken using a Samsung cellular phone (Model SM-G928V). These photographs displayed what appears to be a young African American male sleeping in a bed while wearing underwear or jeans.  The boy appears to be post-pubescent.  The

photographs appear to be focused on the buttocks of the minor and are saved within a folder labeled "Ass" within the Google Photos account. The latitude and longitude provided resolved to the area of the 10000 block of Cleary Lane in Bowie, Maryland 20721 for all but two of the images.

Your affiant also located twenty-one videos within the Google Photos of Kharimckoy2@gmail.com that were also saved within a folder labeled "Ass." These videos appeared to display the same boy in the previously described images. The videos were recorded in a "selfie style" and show the individual recording the video groping the boy's penis and buttocks over and under their underwear and penetrating their mouth with the sleeping boy's penis. The boy does not appear to wake up during the recording of these videos. In one of the videos the individual recording the video penetrates their mouth with the sleeping boy's penis and a profile of their face is observed when they turn towards the camera while holding the sleeping boy's penis.

Your affiant compared the individual holding the boy's penis while he sleeps to the Maryland Driver's license of MCKOY and found there is a resemblance between MCKOY and the individual penetrating their mouth with the boy's penis (see below).



On July 17, 2024, a member of the FBI CEHTTF issued an administrative subpoena for the Verizon IP address of 2600:4040:295c:9000:bd27:8ed8:286f:688d requesting the subscriber information.

On July 24, 2024, a member of the FBI CEHTTF requested assistance from the Office of the United States Postal Inspector (USPI) office regarding 61 R Street Northwest #2.  A member of the USPI conducted a database search of a USPI database and found that Khari MCKOY has a United States Postal Office (USPO) account listing 61 R Street NW BSMNT as a delivery address and had received deliveries to the unit as recent as July 10, 2024.

On July 29, 2024, Verizon provided the requested information regarding 2600:4040:295c:9000:bd27:8ed8:286f:688d and again advised that the subscriber is "Khari McKoy" of 61 R Street #2 in Northwest, Washington, D.C. 20001.  The 301-466-6547 and an email of kharimckoy@gmail.com were linked to the account which has been active since May 21, 2022.

On August 8, 2024, your affiant presented an affidavit in support of a search warrant for historical and prospective cellular site data for the telephone number of 301-466-6547 to United States District Court of the District of Columbia (USDC DC) Magistrate Zia Faruqui.  Magistrate Judge Faruqui reviewed the affidavit and authorized the search of the account by law enforcement (24-SC-1628).

On August 8, 2024, members of the FBI CEHTTF began to receive geolocation data for the cellular phone number associated with MCKOY.  The geolocation data indicated that MCKOY resided at 61 R Street Northwest #2 / BSMNT and that he was employed in the area of the Smithsonian National Portrait Gallery.

On August 12, 2024, your affiant presented an affidavit in support of a search warrant for the residence of 61 R Street Northwest #2 / BSMNT to USDC DC Magistrate Judge Faruqui. Magistrate Judge Faruqui reviewed the affidavit and authorized a search of the residence (24-SW-263).

On August 14, 2024, at approximately 6:10 AM, members of the FBI CEHTTF executed USDC 24-SW-263 at 61 R Street Northwest #2 / BSMNT. The members located MCKOY within the residence and found that he was the only resident at the premise.

Your affiant met MCKOY and conducted an audio recorded interview of him within a vehicle approximately a half block from 61 R Street Northwest #2 / BSMNT. Your affiant advised MCKOY that he was not under arrest, in custody, did not have to answer any questions, could end the interview at any time, and was free to leave at any point. MCKOY acknowledged this information and agreed to speak to your affiant.

Your affiant advised MCKOY that a search warrant was being executed at his home due to online activity resolving to his home. MCKOY was advised that this activity involved child pornography being accessed from the Google accounts of Kharimckoy@gmail.com and Kharimckoy2@gmail.com. MCKOY advised that he uses the account of Kharimckoy@gmail.com but was not actively using Kharimckoy2@gmail.com. MCKOY reported that he had not accessed the account in several years and that it had another name besides his associated with it. MCKOY reported at this point that he believed he had been "framed."

Your affiant displayed two photographs of the suspected underage male from the media files created on Cleary Road in Bowie, Maryland in 2016 and 2017. MCKOY was asked if he recognized the individual and he advised it was his step-brother who he identified by a nickname, hereinafter "Minor Victim 1" or "MV-1." MCKOY was advised that there was a video of what

appears to be him penetrating his mouth with the penis of MV-1. MCKOY was shown the beginning portion of the video and asked if he recognized who the male was penetrating his mouth with the penis of MV-1. MCKOY declined to answer the question at that time.

MCKOY was asked if he would provide passwords for his electronic devices within his home and he advised that the passwords for all his devices was "201168956547."

MCKOY was asked again about the videos involving "MV-1" and he advised that he had made the videos with an old phone he no longer possessed in the basement of Cleary Lane in Bowie, Maryland. MCKOY advised that to his knowledge MV-1 is not aware that he produced the videos or that he has been sexually attracted to MV-1. MCKOY advised that MV-1 is a stepbrother and that he would stay at Cleary Lane from time to time. MCKOY indicated that he believed at the time he produced the videos MV-1 was younger than 18 and MCOY was an adult. MCOY identified MV-1 by his first and last name and stated that he is his stepbrother.

MCKOY advised that he has been collecting and viewing child pornography since he made the videos with MV-1. MCKOY reported that he would visit websites like Tumblr, YouTube, and TikTok to collect videos of child pornography and store the material on his [Kharimckoy2@gmail.com](Kharimckoy2@gmail.com) google account. MCKOY advised that he did not discuss this interest with anyone in person or online. MCKOY reported that he had not distributed any files to anyone but had just uploaded the files from the places he located them at.

During the interview of MCKOY, members of the FBI CEHTTF conducted a search of 61 R Street Northwest #2 / BSMNT. During the search a member located a Seagate External Hard drive in a nightstand next to a bed in residences bedroom. A member was able to review the contents of the external hard drive and found that it contained media files of the victim being sexually abused by MCKOY. Specifically, the hard drive contained a video of MCKOY

penetrating his mouth with the penis of the victim while he slept.  The media files of the victim being sexually abused were located within a folder labeled "M" which was a sub-folder to "New Folder."  The files of the victim had metadata indicating that they were created in 2016 or 2017.  MV-1 was 14 to 15 years old at the time of the videos creation and MCKOY was 20 to 21 years old.

The member of the CEHTTF conducting the review of the Seagate hard drive also located numerous other files of pubescent children engaged in sexual acts and/or sexual contacts.  These files were located within the folders labeled, "Fav," "Boy," and/or "Boys.  The member advised that the material in these files is child pornography.

Respectfully submitted,

Thomas Sullivan
Detective Grade I / Task Force Officer
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 14, 2024.

_____
Honorable Zia M. Faruqui
United States Magistrate Judge